IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 8, 2007

Charles R. Fulbruge III
Clerk

No. 07-40595
Conference Calendar

UNITED STATES OF AMERICA

                              Plaintiff-Appellee

v.

CARLOS LOPEZ-GOMEZ, also known as Oscar Besa, also known as
Oscar Gonzalez Besa, also known as Carlos Lopez

                              Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:07-CR-2-ALL

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Carlos Lopez-Gomez raises
arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S.
224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and
not a separate criminal offense. See United States v. Pineda-Arrellano, 492 F.3d
624, 625 (5th Cir. 2007), petition for cert. filed (Aug. 28, 2007) (No. 07-6202). The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.